In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-268 CV


____________________



TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant



V.



DEANNA LYN FISHER, Appellee






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 27853






MEMORANDUM OPINION


 The appellant, the Texas Department of Public Safety, filed a motion to dismiss this
restricted appeal. The motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of
appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 ______________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 2, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ